UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER TODD FRENCH,<br><br>      Plaintiff,<br><br>      v.<br><br>JULIA C. SCHOFFSTALL; WES<br>SOMERTON; MATT SIMMONS;<br>KOOTENAI COUNTY SHERIFF'S<br>DEPARTMENT; THE STATE OF<br>IDAHO,<br><br>      Defendants. | Case No. 2:23-cv-00545-BLW-REP<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond E. Patricco (Dkt. 30). Walter French filed his Complaint against the Defendants alleging several § 1983 claims based on his prosecution in state court for battery and assault. *Compl.* at 4, Dkt. 1. In July 2024, the State of Idaho moved to dismiss all claim against it, followed shortly thereafter by Julia Schofstall, Wes Somerton, Matt Simmons, and Kootenai County moving to dismiss all claims against them as well. Dkts. 8, 16. Mr. French also filed a motion to appoint counsel. Dkt. 19. On January 23, 2024, Judge Patricco issued a Report and Recommendation recommending that the State of Idaho's Motion to

**ORDER ADOPTING REPORT AND RECOMMENDATION- 1**

Dismiss (Dkt. 7) and that Kootenai County Defendants' Motion to Dismiss (Dkt. 16) be granted. Judge Patricco also denied Mr. French's motion for appointment of counsel (Dkt. 19). Pursuant to the statute and Local Rule 72.1(b)(2), Judge Patricco gave the parties time to file written objections to the Report and Recommendation. *See* 28 U.S.C. 636(b)(1)(C).

Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. *Id.*; *see also* Fed. R. Civ. P. 72(b).

Mr. French filed a "Reply to 9/5/2024 Referral Order" within the requisite fourteen days. Although it is somewhat unclear whether Mr. French intends this filing to be an objection to Judge Patricco's Report and Recommendation, the Court will construe it as such.[1] Mr. French also appears to object to Judge

---

[1] The focus of Mr. French's filing appears to be on issues unrelated to the Report and Recommendation. *See* Dkt. 31.

**ORDER ADOPTING REPORT AND RECOMMENDATION- 2**

Patricco's denial of his motion for appointment counsel. *See* Dkts. 19, 30. The Order denying appointment of counsel is a nondispositive motion, meaning the Court will only sustain the objection if the order is "clearly erroneous or contrary to law." *See* 28 U.S.C. § 636(b)(1)(A). That standard is clearly not met here, and the Court will overrule the objection to the Order denying Mr. French's motion for appointment of counsel.

Turning now to Mr. French's objections to the Report and Recommendation. Mr. French raises a series of concerns related to his underlying state criminal case, however, he does not address the substance of the Report and Recommendation. Nonetheless, pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Report and Recommendation. After having carefully considered each of Mr. French's stated objections, the Court will overrule those objections. The Court accepts the findings and recommendations of the Magistrate Judge, and adopts the report and recommendation in its entirety.

## ORDER

**IT IS ORDERED that:**

1.      The Report and Recommendation entered on January 23, 2025 (Dkt. 30) is **INCORPORATED** and **ADOPTED** in its entirety.

2.      Defendant State of Idaho's Motion to Dismiss (Dkt. 7) is **GRANTED**

and Plaintiff's claims against it are dismissed with prejudice.

   3.     Defendant Kootenai County Defendants' Motion to Dismiss (Dkt. 16)

is **GRANTED** and Plaintiff's claims against them dismissed with prejudice.

DATED: February 24, 2025

_____

B. Lynn Winmill
U.S. District Court Judge